# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL ROBERTSON**                                                          **PLAINTIFF**

**v.**                  **CASE NO. 4:25-CV-00930-BSM**

**SARAH SANDER,** *et al.*                                               **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 8] is adopted, Michael Robertson's motion for leave to proceed *in forma pauperis* [Doc. No. 5] is denied, and his amended complaint [Doc. No. 6] is dismissed without prejudice because he has had at least three previous actions dismissed as frivolous, malicious, or for failure to state a claim, and has not shown that he is currently in imminent danger of serious physical injury or paid the filing fee. *See* 28 U.S.C. § 1915(g) (prisoners may not proceed *in forma pauperis* if three or more of their claims have been dismissed as frivolous, malicious, or failure to state a claim, unless they show they are in imminent danger of serious physical injury). If Robertson wishes to continue this case, he must submit the statutory and administrative fees of $405 to the Clerk of Court with a motion to reopen the case. An *in forma pauperis* appeal of this order would not be taken in good faith.

IT IS SO ORDERED this 28th day of October, 2025.

                                                                               _____
                                                                               UNITED STATES DISTRICT JUDGE