IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL ROBERTSON**                                                                **PLAINTIFF**

v.                              **CASE NO. 4:25-CV-00930-BSM**

**SARAH SANDER,** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, Michael Robertson's motion to proceed *in forma pauperis* [Doc. No. 5] is denied and his amended complaint [Doc. No. 6] is dismissed without prejudice.

IT IS SO ORDERED this 28th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE